**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Zilei Zhong<br><br>PLAINTIFF(S)<br>v.<br>Law School Admission Council, Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-03406-JFW-MAR(x)<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 3/25/2026 | | Summons |

**DOCKETING AND FORMATTING ERRORS:**

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is ____________
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: ____________

**MOTION-RELATED ERRORS:**

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: ____________

**OTHER ERRORS:**

- ☐ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7.1-1 no notice of interested parties
- ☑ Other: The captions on your summons must match the complaint verbatim.

Revised Summon with correction of Caption

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 3/30/2026

By: J. Jiang (213) 894 - 3535
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| JOHN ZILEI ZHONG (in pro se)<br>*Plaintiff(s)*<br>v.<br>LAW SCHOOL ADMINISSION COUNCIL, INC. a Delaware nonprofit corporation<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-03406-JFW-MAR(x) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAW SCHOOL ADMINISSION COUNCIL, INC.
a Delaware nonprofit corporation
CORPORATION TRUST CENTER
1209 ORGANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOHN ZILEI ZHONG
3333 S BREA CANYON ROAD STE 101
DIAMOND BAR, CA 91765
TEL: 626-991-3676
EMAIL: info@zhongtax.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-03406-JFW-MAR(x)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LAW SCHOOL ADMINISSION COUNCIL, INC. a Delaware n

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: